Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
MATTHEW CIVITANO

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| MATTHEW CIVITANO, | Case No.: 11-cv-02761-BTM-JMA |
| Plaintiffs, | |
| v. | NOTICE OF SETTLEMENT |
| GC SERVICES, LP, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, MATTHEW CIVITANO, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

DATED: December 30, 2011       KROHN & MOSS, LTD.


By:/s/Nicholas J. Bontrager
   Nicholas J. Bontrager
   Attorney for Plaintiff

- 1 -

NOTICE OF SETTLEMENT

- 2 -

## **CERTIFICATE OF SERVICE**

I, Nicholas J. Bontrager, herby certify that on December 30, 2011, Plaintiff's Notice of Settlement was filed via the ECF System.  A copy of said Notice was served upon Brad Batig, counsel for defendant, by way of electronic mail at brad.batig@gcserv.com.

DATED:  December 30, 2011            KROHN & MOSS, LTD.

                                By:/s/Nicholas J. Bontrager            _
                                    Nicholas J. Bontrager
                                    Attorney for Plaintiff

- 2 -

NOTICE OF SETTLEMENT