Ryan Lee, Esq. (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
MATTHEW CIVITANO

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| MATTHEW CIVITANO, | Case No.: 11-cv-02761-BTM-JMA |
| Plaintiffs, | |
| v. | **VOLUNTARY DISMISSAL** |
| GC SERVICES, LP, | |
| Defendant. | |

## **VOLUNTARY DISMISSAL**

Plaintiff, MATTHEW CIVITANO, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

                                      RESPECTFULLY SUBMITTED,

DATED: February 27, 2012       KROHN & MOSS, LTD.

                                      By: /s/ Ryan Lee
                                            Ryan Lee
                                            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Ryan Lee, herby certify that on February 27, 2012, Plaintiff's Voluntary Dismissal was filed via the ECF System.  A copy of said Dismissal was served upon Brad Batig, counsel for defendant, by way of electronic mail at brad.batig@gcserv.com.

DATED:  February 27, 2012                KROHN & MOSS, LTD.

                                         By: /s/ Ryan Lee
                                             Ryan Lee
                                             Attorney for Plaintiff